**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 22-2898

Saintil vs. Borough of Carteret

**ENTRY OF APPEARANCE**

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

Township of Hamilton, James Collins, Terry King, Joseph Mastropolo . . .

Indicate the party's role IN THIS COURT (check **only** one):

- [ ] Petitioner(s)
- [ ] Appellant(s)
- [ ] Intervenor(s)
- [ ] Respondent(s)
- [x] Appellee(s)
- [ ] Amicus Curiae

(Type or Print) Counsel's Name Betsy Ramos

- [ ] Mr.
- [ ] Ms.
- [x] Mrs.
- [ ] Miss
- [ ] Mx.

Firm Capehart & Scatchard

Address 8000 Midlantic Dr., Suite 300 S

City, State, Zip Code Mount Laurel, NJ 08057

Phone 856-234-6800 Fax 856-234-6800

**Primary E-Mail Address (required)** bramos@capehart.com
**Additional E-Mail Address (1)** cholmgren@capehart.com
**Additional E-Mail Address (2)** adempsey@capehart.com
**Additional E-Mail Address (3)** jefis@capehart.com

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** Betsy Ramos

---

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2898

SAINTIL V. BOROUGH OF CERTERET

Entry of Appearance for Betsy Ramos, Esq.

Additional parties represented:

JONATHAN WOODHEAD

CHRISTOPHER SHUSTER

CHESTER EMBLY

MARK HORAN

WILLIAM MURPHY

JAMES STEVENS

SEAN MATTIS

LEONARD GADSBY