**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 22-2898

Ronald Saintil vs. Borough of Carteret

Calendar Date March4, 2024 Location Philadelphia, PA

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Charles F. Holmgren, Esq.

Designation of Arguing Counsel: Charles F. Holmgren, Esq.

Member of the Bar: ☑ Yes ☐ No

Representing (check only one):

☐ Petitioner(s) ☐ Appellant(s) ☐ Intervenor(s)

☐ Respondent(s) ☑ Appellee(s) ☐ Amicus Curiae

Please list the name of the lead party being represented:

Hamilton Township Defendants

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)